UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

   Plaintiff,           Case No. 23-10176

v                  HON. MARK A. GOLDSMITH

JOHN DOE,

   Defendant.
_____/

## ORDER OF DISMISSAL

On April 17, 2023, Plaintiff filed a notice of dismissal with the Court (Dkt. 7). Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Rule 41 also states that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Because Defendant has not yet served an answer or motion for summary judgment, and because the notice of dismissal states that the dismissal is without prejudice, the Court hereby orders the instant action dismissed without prejudice.

  SO ORDERED.

Dated: April 21, 2023         s/Mark A. Goldsmith
  Detroit, Michigan        MARK A. GOLDSMITH
                  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 21, 2023.

                  s/Holly Ryan
                  Case Manager, in the absence of
                  Karri Sandusky